IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES E. TAYLOR,

    Petitioner,

v.                                    Civil Action No. 3:14CV509

ATTORNEY GENERAL OF VIRGINIA, *et al.*,

    Respondents.

## MEMORANDUM OPINION

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on August 12, 2014, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). The Court warned Petitioner that the failure to comply with the directives of the August 12, 2014 Memorandum Order would result in the dismissal of the action. More than eleven (11) days have elapsed and Petitioner has not completed and returned the § 2254 form. Accordingly, the action is DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 10/22/14
Richmond, Virginia